AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America )
v. )
LUIS AGUILERA-PERICAGUAN )
*Defendant(s)* ) Case No. 25-mj-00110-STV

## CRIMINAL COMPLAINT

I, the undersigned complainant in this case, state that the following is true to the best of my knowledge and belief:

From on or about November 14, 2024, through March 27, 2025, in the State and District of Colorado, the defendant, Luis Aguilera-Pericaguan, and both known and unknown co-conspirators violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 933(a)(1) and (a)(3) | Illegal Trafficking in Firearms, Attempt and Conspiracy |
| 21 U.S.C. § 846 | Conspiracy to distribute controlled substances. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*/s/ Joel N. Hegarty*
*Complainant's signature*

Joel N. Hegarty , Special Agent, ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: June 13, 2025

*Judge's signature*

City and state: Denver, CO

Scott T. Varholak, United States Magistrate Judge
*Printed name and title*