**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-00063-SKC

**UNITED STATES OF AMERICA,**

Plaintiff,
v.

**9. Jonathan Enrique Medina,**

Defendant.

---

## NOTICE OF DISPOSITION

---

COMES NOW, the Defendant, Jonathan Enrique Medina, by and through his CJA-appointed counsel, Lindsay N. Brown, and hereby notifies this Honorable Court that the parties have reached a disposition in this case. Mr. Medina respectfully requests that a change of plea hearing be set so the court may consider the proposed plea agreement.

DATED this 1st day of September, 2026.

Respectfully submitted,

By: s/ Lindsay N. Brown
Lindsay N. Brown
Atty Reg No. 41212
Brown Education Law Group LLC
2956 Wyandot Street
Denver, Colorado 80211
Lindsay@browneductionlaw.com
*Attorney for Defendant Medina*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE**

I hereby certify that on 1st day of September, 2026, I filed the foregoing Unopposed Motion for Ends of Justice Continuance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

United States Attorney's Office – District of Colorado

s/ Tonya Holliday
Tonya Holliday, paralegal
Brown Education Law Group
Denver, Colorado